■ In the Matter of ALLEN J. BODNER, a Suspended Attorney. [630 NYS2d 490] —Petitioner's motion granted, the Hearing Panel's report confirmed, and petitioner reinstated as an attorney and counselor-at-law in the State of New York forth-

with, upon the condition that petitioner, for the five years following the date of entry hereof, annually submit a sworn statement to respondent as indicated in the order of this Court. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman, Ross and Nardelli, JJ.